```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DIERRE MARSHALL JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-0522-FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| DIERRE MARSHALL JOHNSON, | ) Date: January 14, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant United States Attorney and DIERRE MARSHALL JOHNSON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for December 10, 2007 be vacated and rescheduled for January 14, 2008 at 10:00 a.m.

This continuance is being requested because Mr. Johnson first appeared on November 21, 2007. Defense counsel is reviewing discovery with Mr. Johnson and obtaining criminal history records. The parties will be discussion plea options.

1      IT IS FURTHER STIPULATED that the period from the date of this
2 stipulation through and including January 14, 2008, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
5 for continuity and preparation of counsel.

6 Dated: December 6, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
DIERRE MARSHALL JOHNSON

Dated: December 6, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
_____
RICHARD BENDER
Assistant U.S. Attorney

     IT IS SO ORDERED.

Dated: December 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                               2