```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DIERRE MARSHALL JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-0522-FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DIERRE MARSHALL JOHNSON, | Date: February 11, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through RICHARD BENDER, Assistant United States Attorney and DIERRE MARSHALL JOHNSON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for January 14, 2007 be vacated and rescheduled for February 11, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel has received a plea offer from the government, but needs additional time to review it with Mr. Johnson, go over the sentencing guidelines, and review criminal history.

1    IT IS FURTHER STIPULATED that the period from the date of this
2 stipulation through and including February 11, 2008, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
5 for continuity and preparation of counsel.

Dated: January 9, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
DIERRE MARSHALL JOHNSON

Dated: January 9, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
_____
RICHARD BENDER
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE