PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-O522 MCE |
|---|---|
| Plaintiff, | STIPULATION CONTINUING PRELIMINARY HEARING AND ORDER |
| v. | DATE: February 21, 2017 |
| DIERRE MARSHALL JOHNSON, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Richard Bender and defendant, by and through defendant's counsel of record, Rachelle Barbour, hereby stipulate as follows:

1. At the initial appearance on February 13, 2017, a preliminary hearing on the Petition alleging a violation of a condition of the defendant's Term of Supervised Release was scheduled for February 21, 2017.

2. By this stipulation, defendant now moves to continue the preliminary hearing until Thursday, February 23, 2017.,

3. The reason for the stipulation is that the Probation Department is having difficulty obtaining a copy of the defendant's state court records which purportedly show that the defendant sustained a conviction on or about February 8, 2017, for a state offense. Apparently the conviction records are not yet available and it is hoped that the additional time will allow the

records to be procured.

4. Wherefore, the parties ask that the preliminary hearing on the TSR violation be continued from February 21, 2017 to February 23, 2017, at 2:00 p.m.

Dated: February 17, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

Dated: February 17, 2017
/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Counsel for Defendant
DIERRE MARSHALL
JOHNSON

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of February, 2017.

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PERIODS UNDER SPEEDY TRIAL ACT

2