PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00522-MCE |
|---|---|
| Plaintiff, | |
| | CASE NO. 2:17-CR-0036-JAM |
| v. | |
| DIERRE MARSHALL JOHNSON, | **NOTICE OF RELATED CASES;** (proposed) **ORDER** |
| Defendant. | |

The United States provides notice that the two cases with the above docket numbers are related within the meaning of Local Rule 123(a).  Case No. 2:07-CR-00522-MCE currently has pending a Petition alleging a violation of the defendant's Term of Supervised Release (TSR), which resulted from the defendant's federal firearms conviction out of this District.  That TSR violation petition alleges a "new-law violation" evidenced by the defendant's conviction in February of 2017 for Grand Theft from Person in Superior Court for San Joaquin County, California.   Case No. 2:07-CR-00036-JAM involves a different TSR violation petition alleging the violation of a TSR imposed as part of a federal sentence for an escape conviction imposed in the N.D.CA *but which supervision jurisdiction was very recently transferred to the E.D. CA*.  This second TSR violation petition alleges the same "new-law violation" as alleged in the first TSR petition.   As a result, both actions involve the question of whether the defendant

violated his two separate TSRs by committing the same new crime, that is, Grand Theft from Person (in which he was convicted in San Joaquin County). Thus, both actions involved the same questions of fact and law and the assignment to the same Judge is likely to effect a substantial savings of judicial effort.

Dated: February 17, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

O R D E R

Based on Rule 123 of the Local Rules for the Eastern District of California, because the lowest number case is assigned to me, and because both actions involve the same, or similar, questions of fact and law and the assignment to the same Judge is likely to effect a substantial savings of judicial effort, it is hereby ORDERED, that Case No. 2:17-CR-00036-JAM shall be reassigned to me and designated 2:17-CR-00036-MCE. Further both matters are set for an admit or deny hearing on March 16, 2017, at 10:00 a.m. in courtroom 7.

DATE: March 13, 2017

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

NOTICE OF RELATED CASES: ORDER                    2